FILED IN
COURT OF CRIMINAL APPEALS

July 9, 2015

ABEL ACOSTA, CLERK

PD-0330-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/8/2015 11:08:03 PM
Accepted 7/9/2015 5:01:42 PM
ABEL ACOSTA
CLERK

**PD-0330-15**

# COURT OF CRIMINAL APPEALS OF TEXAS

**JAY SANDON COOPER**

**V.**

**STATE OF TEXAS**

## MOTION TO EXTEND TIME TO FILE MOTION FOR REHEARING

NOW COMES JAY SANDON COOPER, and makes this first motion to extend the time to file a motion for rehearing. In support thereof, Mr. Cooper shows:

1.     This Court refused Defendant's Petition for Discretionary Review on June 24, 2015. Fifteen days thereafter would be July 9, 2015, on which date Defendant expects that his Motion for Rehearing or this Motion to Extend Time should be due.

2.     Defendant seeks an extension of thirty (30) days, to August 8, 2015.

3.     Defendant was released from the Collin County Jail on June 30, 2015, and did not learn of this Court's refusal of his PDR until a date thereafter. During his incarceration of 14 days, Defendant was unable to stay abreast of recent court rulings that might impact this case. As well, because of his confinement, Defendant was unable to stay current on this and other cases, and needs some additional time to do justice with this and other pending cases.

Defendant's Motion to Extend Time to File Motion for Rehearing: Page 1

4. Because Defendant was arrested not for DWI, but for refusing to participate in roadside field sobriety tests that are not required by law, Defendant anticipates briefing this Court on an extension of the landmark case: <u>Miranda v. Arizona</u>, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 ... (1966).

5. There have been no previous extensions sought or granted to file Defendant's Motion for Rehearing in this case.

PRAYER

6. Defendant requests that this Court grant an extension of thirty (30) days to August 8, 2015, for Defendant to file his Motion for Rehearing.

July 8, 2015.

Respectfully submitted,


/s/ Jay Sandon Cooper
Jay Sandon Cooper
1520 Janwood Dr.
Plano, Texas 75075
(972)358-8999
NO FAX
JaySandonCooper@gmail.com
DEFENDANT

## CERTIFICATE OF CONFERENCE
Defendant spoke with Assistant District Attorney Karla Hackett on July 8, 2015, and the State expressed no position with regard to the relief requested in the foregoing motion.


Defendant's Motion to Extend Time to File Motion for Rehearing: Page 2

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing and attached documents were electronically served to the following recipients, if that option was available through the electronic filing manager, and if not, it was mailed on July 8, 2015:

Karla R. Hackett
Assistant District Attorney
Grayson County, Texas
200 S. Crockett, Suite 116A
Sherman, Texas 75090


and

Lisa C. McMinn
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711-3046

/s/ Jay Sandon Cooper
Jay Sandon Cooper